**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-11076
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

TRAMANE GIBSON,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:24-cr-00109-RAH-KFP-1
_____

Before NEWSOM, BRASHER, and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1351 (11th Cir. 1993)

2                     Opinion of the Court                     25-11076

(holding that a sentence appeal waiver will be enforced if the district court specifically questioned the defendant about the wavier during the plea colloquy).